IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03034-WYD-MEH

NICHOLE TALBOT,

    Plaintiff,

v.

ENHANCED ACQUISITIONS, LLC,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2015.**

    Before the Court is Plaintiff's Motion for Default Judgment [filed January 29, 2015; docket #10]. In determining whether entry of default judgment is warranted, the Court must first consider personal and subject matter jurisdiction. *See, e.g.*, *Williams v. Life Sav. & Loan*, 802 F.2d 1200, 1203 (10th Cir. 1986) (lack of subject matter jurisdiction constitutes good cause to set aside a default judgment); *see also Dennis Garberg & Assoc. v. Pack-Tech Int'l Corp.*, 115 F.3d 767, 772 (10th Cir. 1997) (district court erred in failing to determine personal jurisdiction issue before considering entry of default judgment). In this case, neither the Complaint nor Plaintiff's motion contain any information or argument concerning this Court's personal jurisdiction over the Defendant. Accordingly, the motion is **denied without prejudice**, and may be re-filed in compliance with this order on or before March 31, 2015.